UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MATTHEW J. DERMODY,

    Plaintiff,

v.

ALVAREZ ORESTES et al,

    Defendant.                                              No. 15-cv-591-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on March 24, 2016 (Doc. 15), this case is **DISMISSED** with prejudice.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:    /s/*Caitlin Fischer*
                                         **Deputy Clerk**

Dated:   March 25, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.03.25
12:27:03 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT